# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2552
Lower Tribunal No. 2013-CA-007898

_____

ERIK WHYNOT and SANCHA WHYNOT, as parents and natural guardians of B. W., a minor,

Appellants,

v.

PUBLIX SUPERMARKETS, INC.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Margaret H. Schreiber, Judge.

March 31, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and SMITH, JJ., concur.


Kenneth J. McKenna, of Dellecker, Wilson, King, McKenna, Ruffier & Sosa, Orlando, and Bard D. Rockenbach and Adam Richardson, of Burlington & Rockenbach, P.A., West Palm Beach, for Appellants.

Diane G. DeWolf and Nancy M. Wallace, of Akerman LLP, Tallahassee, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED